

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00357-CR

Teodoro **VASQUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 10-2314-CR
Honorable Dwight E. Peschel, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, counsel's motion to withdraw is GRANTED and the judgment of the trial court is AFFIRMED.

SIGNED May 15, 2013.

_____
Rebeca C. Martinez, Justice